United States District Court
Southern District Of New York
-------------------------------------------------------------------------X

SHUANGLONG SHI

                              Plaintiff,

                                                          *Complaint*

       -against

Addi Gateno and DELTA REALTY GROUP. LLC

                              Defendant

-------------------------------------------------------------------------X

       I am shuanglong shi a US citizen, live in 30 S Spray Avenue APT 201 Atlantic City NJ 08401 duly sworn and say;

       I complaint the defendant Addi Gateno who is the owner of Delta Realty Group LLC. Located at 40 West 39th St Suite 1 New York NY 10018 and the Delta Realty Group LLC located same at 40 West 39th St Suite 1 New York, NY 10018.

       On November 13th 2020, Addi Gateno used a himself made up a fake contract, and make a false oath framed me as a part of renter and guarantor rented his company's property at 3628 White Plains Road Bronx NY10467 . And claims me without pay the rents and water fee from renters $120379.38 in Civil Court Bronx of state of New York.

       On 01/04/2022 Addi Gateno used the same fake contract filed complaint and make a false oath framed me to deceive at New York Bronx county Supreme Court.

       On Nov 8th 2022. The Addi Gateno used his vast resources and power at his disposal to escape the punishment of crime, perjury and abused judicial system, misreading court and use illegal cheated stolen my identities information, social security number invade my bank account and take money from my Banks accounts. See below.

       Chase bank

| | |
|---|---|
| Checking account xx2566 | over draft $158,134.20 + takeaway $ 38858.75= $196992.95 |
| Saving account xx1638 | overdraft $158,894.20+ takeaway $51036.63 = $209930.83 |
| Saving account xx1947 | overdraft $158,894.20 +takeaway $11490.42= $170384.62 |

                                                          Total in Chase bank $ **577,308.40**

On Nov 9th 2022, invade my Citibank

Checking    account xxxx8037                              take away   $ 4,344.98

Saving account xxxx7397 take away $ 12442.68 + blocked $3600.40= $16042.68

Total   in Citibank $ 20,387.66

On Nov16th 2022 invade TD Bank

Checking account xx5856                              take away in      $ 11257.48

Total **$608,953.54**

The Defendant Addi Gateno over draft and taken from my banks Total **$608,953.54** and blocked my all Chase bank and Citibank saving account.

See EXHIBIT A The banks statement and notes

Plaintiff has never use this location 3628 White Plains Road Bronx 10467 for his business or personal purpose and activity.

Plaintiff has never business activity with Addi Gateno and DELTA REALTY GROUP. LLC.

Plaintiff has never sign and never give any one the authority to sing enter any lease agreement with DELTA REALTY GROUP. LLC to rent a property as a Tenant or warrantor.

Plaintiff has never owed Addi Gateno and DELTA REALTY GROUP. LLC any amount rents and water fees.

Plaintiff has never business activity with Lifeng Jin the shop owner at location 3628 White Plains Road Bronx 10467.

. Plaintiff has never business activity with Wenzhu Lou the former shop owner at location 3628 White Plains Road Bronx 10467.

Addi Gateno denied the Landlord's consent to assign of lease with Lifeng Jin the shop owner on Dec 27h 2018, and defraud Lifeng Jin's **deposit $17900.00**, which clearly violated US criminal and civil law.

See EXHIBIT B the VERIFICATION of shop owner Lifeng Jin

And Addi Gateno denied that location of 3628 White Plains Road Bronx 10467 has been rented as a Laundromat to Lifeng Jin. And makeup a false illegal lease agreement in which accuse me as a Tenants, warrantor with the same location at 3628 White Plains Road Bronx

2

10467 and seize my money up to **$608953.54.** Seriously violated US Civil and Criminal law, violated my basic human right granted by the constitution and destroyed my family daily life.

    Addi Gateno illegally forged the signature as my in his false illegal lease agreement and used stealed my personal information, social security number maliciously spread to public, attack and ham my financial security, credit information it to threats, coercion my money and slander in bank damaged credit reputation and caused me living in fear, harmed financial desperate situation..

    Wherefore, plaintiff respectfully requests that this court award plaintiff. And order defendants Addi Gateno and DELTA REALTY GROUP. LLC to pay plaintiff Shuanglong Shi **$ 608,953.54.**

    Pro Se plaintiff request this court order to punish defendant's activity of all violation laws, and order defendants to pay the damages of plaintiff in mental and family's daily life.

    Pro Se plaintiff requests the court to grant leave to amend allow additional defenses once additional information is discovered. Such other and further relief this court may deem just and proper.

Dated: June 22th 2023

Pro Se  Shuanglong Shi

30 S Spray Avenue APT 201

Atlantic City NJ 08401

STATE OF NEW YORK )
) SS:
COUNTY OF QUEENS )
Sworn to before me on this 22nd day of June 2023

Notary Public

HONG WU JIANG
Notary Public, State of New York
No. 01HO6189625
Qualified in Kings County
Certificate Filed in Queens County
Commission Expires June 30, 2024

3