UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUANGLONG SHI,<br><br>                Plaintiff,<br><br>    -against-<br><br>ADDI GATNO; DELTA REALTY GROUP, LLC,<br><br>               Defendants. | 23-CV-5349 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, United States District Judge:

    By order dated July 10, 2023, the Court explained that federal courts have limited jurisdiction and held that Plaintiff had failed to plead facts showing that the Court has subject matter jurisdiction of this action. The Court granted Plaintiff 60 days' leave to amend his complaint.

    On September 5, 2023, the Court received Plaintiff's letter requesting an extension of time so that he can consult with the New York Legal Assistance Group clinic before filing his amended complaint. For good cause shown, the Court grants Plaintiff's request for an extension of time and directs Plaintiff to file his amended complaint on or before October 18, 2023.

SO ORDERED.

Dated:    September 11, 2023
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                 Chief United States District Judge