UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHUANGLONG SHI,

                Plaintiff,

-against-

ADDI GATNO; DELTA REALTY GROUP, LLC,

                Defendants.

23-CV-5349 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, United States District Judge:

    By order dated July 10, 2023, the Court explained that federal courts have limited jurisdiction and held that Plaintiff had failed to plead facts showing that the federal court has subject matter jurisdiction of this action. The Court granted Plaintiff 60 days' leave to amend his complaint if he wanted to replead his claims to show some basis for proceeding in federal court.

    On September 11, 2023, the Court granted Plaintiff's first request for an extension of time to file an amended complaint. By letter dated October 17, 2023, Plaintiff requested a second extension of time, so that he can consult with the New York Legal Assistance Group clinic before filing his amended complaint. The Court grants Plaintiff's second request for an extension of time and directs Plaintiff to file his amended complaint on or before November 18, 2023.

SO ORDERED.

Dated:   October 20, 2023
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge