UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2024
```

SHUANGLONG SHI,

        Plaintiff,

-against-

DELTA REALTY GROUP, LLC,

        Defendant.

23-CV-5349 (DEH) (BCM)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that no initial case management conference has yet taken place in this action, it is hereby **ORDERED** that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **April 9, 2024, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that each party confer with all other parties to make sure that all parties, or their attorneys, have a copy of this Order and can attend the conference. If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Please see § 2(a) of Judge Moses's Individual Practices for a description of what information must be contained in that letter.

It is further **ORDERED** that the parties come to the conference prepared to discuss the following subjects:

    1.    The issues in the case;

    2.    Whether any party intends to make a motion to dismiss or on the pleadings;

    3.    Whether any party wishes to amend a pleading or add new parties, and what the deadline should be for moving for leave to do so.

    4.    What discovery the parties plan to engage in, and what deadlines should be set for:

  a. Exchanging the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)(A);

  b. Serving document production requests and interrogatories;

  c. Taking depositions of fact witnesses;

  d. Disclosing the identity and exchanging the reports of expert witnesses, if any, and taking their depositions; and

  e. Completing all discovery;

5. Whether any special limitations should be placed on discovery, including protective or confidentiality orders;

6. Whether any special discovery issues are likely to arise that may warrant early attention from the Court;

7. What the deadline should be for filing summary judgment or other pretrial motions, if any;

8. What the deadline should be for the parties to submit a joint pretrial order (in accordance with the procedures of the judge before whom the trial will be conducted);

9. Whether and when the case should be (a) referred to mediation or (b) scheduled for a settlement conference with the Court; and

10. The anticipated length of trial and whether (and by which party) a jury has been requested.

Plaintiff is hereby notified that *pro se* parties may file pleadings, letters, and other documents with the Court by using any of the following methods:

  a. Drop off the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY 10007.

  b. Mail or deliver the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Pro Se Intake Unit (telephone (212) 805-0175) may be of assistance to *pro se* litigants in connection with court procedures, but cannot provide legal advice.

  c. Email the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

Plaintiff is further advised that he may choose to receive documents filed in this case by e-mail instead of by regular mail. If plaintiff wishes to receive case information by e-mail, plaintiff must follow the instructions in the Consent and Registration Form, which is available on the website of the United States District Court for the Southern District of New York: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

There is a legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22. Appointments may be made by telephone at (212) 659-6190.

The Clerk of Court is respectfully directed to amend the case caption to conform with that listed in this Order.

Dated: New York, New York
       March 4, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**