UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shuanglong Shi, <br><br>      Plaintiff, <br><br>  v. <br><br>Delta Realty Group, LLC, <br><br>      Defendant. | 23-CV-5349 (DEH) <br><br>ORDER |

DALE E. HO, United States District Judge:

  In accordance with this Court's August 21, 2024 Order, ECF No. 40, Defendant Delta Realty Group, LLC filed its Motion for Summary Judgment on September 10, 2024, ECF No. 42. Plaintiff Shi failed to oppose the Motion for Summary Judgment by October 30, 2024. In light of Plaintiff's pro se status, the deadline to oppose is extended sua sponte. Plaintiff may file his opposition to the Motion for Summary Judgment by December 16, 2024. If Plaintiff files an opposition, Defendant shall reply by January 6, 2025. If no opposition is filed by Plaintiff, Defendant's Motion for Summary Judgement will be deemed unopposed.

  SO ORDERED.

Dated: November 14, 2024
   New York, New York

                       DALE E. HO
                    United States District Judge