# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SHUANGLONG SHI,

                Plaintiff,                      23 **CIVIL** 5349 (DEH)

    -against-                               **<u>JUDGMENT</u>**

DELTA REALTY GROUP, LLC,

                Defendant.

------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2025, Delta's motion for summary judgment is GRANTED, and Shi's motion is accordingly DENIED. In light of this holding, the Court need not reach any of Delta's additional arguments, e.g., that Shi's Amended Complaint is barred by the doctrine of collateral estoppel or that the evidence in the record warrants summary judgment in Delta's favor; accordingly, the case is closed.

**Dated:** New York, New York

      July 17, 2025

                                                    **TAMMI M. HELLWIG**

                                                       **Clerk of Court**

                            **BY:**

                                                       **Deputy Clerk**