UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUANGLONG SHI,　　　　　　　　　　　　　　Plaintiff,　v.　DELTA REALTY GROUP, LLC,　　　　　　　　　　　　　　Defendants. | 23-CV-5349 (DEH)　ORDER |

DALE E. HO, United States District Judge:

On July 16, 2025, this Court issued an Order and Opinion granting Defendants' motion for summary judgement. *See* ECF No. 48 at 15. In that Opinion, the Court noted that Plaintiff filed a motion under seal, *see* ECF No. 44, but did not seek leave from this Court prior to doing so. *Id.* Accordingly, the Court granted Plaintiff leave to file a letter motion asking this Court to maintain the motion under seal and providing a basis for such request by July 30, 2025. *Id.* As of July 31, 2025, no such request has been filed. Therefore, it is hereby ORDERED that the motion at ECF No. 44 be unsealed.

　　　　SO ORDERED.

Dated: July 31, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge